UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH BELL,

    Plaintiff,

v.                                        Case No: 8:23-cv-468-CEH-JSS

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant (Doc. 10). In accord with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant, it is **ORDERED**:

1)    This cause is dismissed, with prejudice.

2)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 30, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record